# UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH VIGLIONE,<br><br>PLAINTIFF<br><br>v.<br><br>15 BEACON STREET CORP.,<br><br>15 BEACON STREET, LLC, and<br><br>PAUL ROIFF,<br><br>DEFENDANTS | CIVIL ACTION NO.:<br>1:19-CV-12486-RGS |

## ANSWER OF DEFENDANTS, 15 BEACON STREET CORP., 15 BEACON STREET, LLC, AND PAUL ROIFF TO PLAINTIFF'S AMENDED COMPLAINT

Now come the Defendants, 15 Beacon Street Corp., 15 Beacon Street, LLC, and Paul Roiff who answer the allegations of the Plaintiff's Amended Complaint as follows:

1. Defendants admit the allegations contained in Paragraph 1 of Plaintiff's Amended Complaint.

2. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint and call upon the Plaintiff to prove the same.

3. Defendants admit the fact that 15 Beacon Street Corp. is a Massachusetts corporation duly organized by law having a principal place of business located at 15 Beacon Street, Boston, Suffolk County, Massachusetts 02108. Defendants deny that at all times material to this action 15 Beacon Street Corp. owned and/or operated a hotel in Boston known as XV Beacon Hotel. Defendants admit that the XV Beacon Hotel is located at 15 Beacon Street, Boston.

4. Defendants admit the fact that 15 Beacon Street, LLC is a Massachusetts limited liability company duly organized by law. Defendants admit that 15 Beacon Street, LLC has a place of business located at 15 Beacon Street, Boston, Suffolk County,

1

Massachusetts 02108. Defendants admit that at all times material to this action 15 Beacon Street, LLC owned and/or operated a hotel in Boston known as XV Beacon Hotel and that the XV Beacon Hotel is located at 15 Beacon Street, Boston.

5. The Defendants deny that Defendant, Paul Roiff is an individual who resides in the Commonwealth of Massachusetts. The Defendants admit that Paul Roiff has an office located at 74A Clarendon Street, Boston, Suffolk County, Massachusetts 02116. The Defendants admit that Paul Roiff was the president and a director of 15 Beacon Street Corp. The Defendants deny that Paul Roiff oversees the day to day operations and/or daily routine decision making of 15 Beacon Street Corp. or that he was in charge of its business at the times relevant to this matter. Defendants deny that Roiff was the limited liability company Manager of 15 Beacon Street, LLC.

6. Defendants are without sufficient information or knowledge to admit or deny the allegations that the Plaintiff is now and has always been the author and copyright claimant of a photograph of the Boston skyline taken from Cambridge, which features the Prudential Tower with the words, "GO PATS" emblazoned on the building, which is reflected in the Charles River. The Defendants admit that a copy of a photograph of the Boston skyline taken from Cambridge, which features the Prudential Tower with the words, "GO PATS" emblazoned on the building, which is reflected on the Charles River is attached to the Plaintiff's Amended Complaint as Exhibit A. Defendants deny that the text of "(C) 2019 Keith Viglione, 617 Images", or any other text within the border that is outside the image, as shown on Exhibit A is included therewith as a portion of the Photograph, as defined in the Amended Complaint.

7. Defendants admit the allegations contained in Paragraph 7 of Plaintiff's Amended Complaint.

8. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint and call upon the Plaintiff to prove the same.

9. Defendants are without sufficient information or knowledge to admit or deny that the Plaintiff published the Photograph on his Website. Defendants admit that the Photograph was posted on Instagram. The Defendants deny that the Plaintiff posted the Photograph on social media sites with his copyright management information ("CMI") prominently displayed in a watermark on the image, as well as embedded within the metadata of the Photograph.

10. Defendants re-assert and repeat the answers to the allegations contained in Paragraphs 1-10 of Plaintiff's Amended Complaint as if fully repeated herein.

11. Defendants deny the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

12. Defendants deny the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint.

13. Defendants deny the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

14. Defendants re-assert and repeat the answers to the allegations contained in Paragraphs 1-14 of Plaintiff's Amended Complaint as if fully repeated herein.

15. Defendants deny the allegations contained in Paragraph 15 of Plaintiff's Amended Complaint.

16. Defendants deny the allegations contained in Paragraph 16 of Plaintiff's Amended Complaint.

17. Defendants deny the allegations contained in Paragraph 17 of Plaintiff's Amended Complaint.

18. Defendants re-assert and repeat the answers to the allegations contained in Paragraphs 1-18 of Plaintiff's Amended Complaint as if fully repeated herein.

19. Defendants deny the allegations contained in Paragraph 19 of Plaintiff's Amended Complaint.

20. Defendants deny the allegations contained in Paragraph 20 of Plaintiff's Amended Complaint.

21. Defendants deny the allegations contained in Paragraph 21 of Plaintiff's Amended Complaint.

22. Defendants re-assert and repeat the answers to the allegations contained in Paragraphs 1-22 of Plaintiff's Amended Complaint as if fully repeated herein.

23. Defendants deny that the Plaintiff clearly marked the Photograph on the image itself. Defendants are without sufficient information or knowledge to admit or deny the remainder of the allegations contained in Paragraph 23 of Plaintiff's Amended Complaint.

24. Defendants deny the allegations contained in Paragraph 24 of Plaintiff's Amended Complaint.

25. Defendants deny the allegations contained in Paragraph 25 of Plaintiff's Amended Complaint.

26. Defendants re-assert and repeat the answers to the allegations contained in Paragraphs 1-26 of Plaintiff's Amended Complaint as if fully repeated herein.

27. Defendants deny the allegations contained in Paragraph 27 of Plaintiff's Amended Complaint.

28. Defendants deny the allegations contained in Paragraph 28 of Plaintiff's Amended Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of Plaintiff's Amended Complaint.

30. Defendants deny the allegations contained in Paragraph 30 of Plaintiff's Amended Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of Plaintiff's Amended Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of Plaintiff's Amended Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of Plaintiff's Amended Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of Plaintiff's Amended Complaint.

35. Defendants deny the allegations contained in Paragraph 35 of Plaintiff's Amended Complaint.

36. Defendants deny the allegations contained in Paragraph 36 of Plaintiff's Amended Complaint.

37. Defendants deny the allegations contained in Paragraph 37 of Plaintiff's Amended Complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a cause of action upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by his own conduct.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the equitable doctrine of estoppel and waiver.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the Plaintiff's lack of privity.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the Plaintiff's failure to mitigate damages.

## SEVENTH AFFIRMATIVE DEFENSE

A Defendant's or the Defendants' re-posting of the photograph or use of the photograph was a fair use and/or an authorized use.

WHEREFORE, Defendants request that this matter be dismissed and that Defendants be awarded costs and expenses, and for such other relief as the Court deems meet and just.

Respectfully Submitted,
15 Beacon Street Corp., 15 Beacon Street, LLC, and Paul Roiff
By their attorney,

James W. Murphy, Esq. (BBO No. 362710)
Law Offices of James W. Murphy
Post Office Box 1327
Sherborn, MA 01770
Phone: (508) 653-7162
Fax: (508) 653-7163
james.murphy.esquire@gmail.com

Certificate of Service

I hereby certify that a copy of the foregoing Answer of the Defendants, 15 Beacon Street Corp., 15 Beacon Street, LLC, and Paul Roiff was served this day by first class mail, postage prepaid to the following:

Andrew D. Epstein, Esq.
Barker, Epstein, and Loscocco
176 Federal Street
Boston, MA 02110

James W. Murphy, Esq.

Dated: February 14, 2020